## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

Civil Action No. 13-cv-00840-PAB-KLM

    (Consolidated with Civil Action No. 15-cv-01743-PAB-KLM)

---

FIBER, LLC, a Wyoming limited liability company

                  Plaintiff/Counterdefendant

    v.

CIENA COMMUNICATIONS, INC., a Delaware corporation,
CIENA CORPORATION, a Delaware corporation

                  Defendants/ Counterclaimants

---

FIBER, LLC, a Wyoming limited liability company

                  Plaintiff/Counterdefendant

    v.

VIAVI SOLUTIONS INC., f/k/a JDS Uniphase Corporation,
LUMENTUM HOLDINGS INC.,
LUMENTUM INC., AND
LUMENTUM OPERATIONS LLC, a Delaware limited liability company

                  Defendants/Counterclaimants

---

## STIPULATED ORDER

---

### ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX

The production of privileged or work-product protected documents, electronically stored information ("ESI") or information, whether inadvertently or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Stipulated Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or information (including metadata) for relevance, responsiveness

and/or segregation of privileged and/or protected information before production.  Nothing contained herein shall prevent a party from contesting another party's claim of privilege or protection.  The procedure for return of materials over which a party claims a privilege or protection shall be set forth in a separate Protective Order.


]APPROVED:

                                                            *Counsel for Defendants Ciena Communications,*
                                                            *Inc., Ciena Corp., Viavi Solutions, Inc., Lumentum*
*Counsel for Plaintiff Fiber, LLC*                          *Holdings, Inc., Lumentum, Inc., and Lumentum*
                                                            *Operations, LLC.*

   s/  *George G. Matava*                                      s/  *Joel D. Sayres*
George G. Matava, Esq.                                      Joel D. Sayres
Donald E. Lake III, Esq.                                    Faegre Baker Daniels LLP
Thomas A. Dougherty, Esq.                                   1700 Lincoln St., Suite 3200
Lewis Brisbois Bisgaard & Smith LLP                         Denver, Colorado 80203
1700 Lincoln Street, Suite 4000                             303.607.3589
Denver, Colorado 80203                                      Joel.Sayres@FaegreBD.com
303.961.7760                                                Kenneth A. Liebman, Esq.
george.matava@lewisbrisbois.com                             Faegre Baker Daniels LLP
tripp.lake@lewisbrisbois.com                                2200 Wells Fargo Center
thomas.dougherty@lewisbrisbois.com                          90 South Seventh Street
                                                            Minneapolis, Minnesota 55402
                                                            612.766.8800
                                                            ken.liebman@FaegreBD.com


        **SO ORDERED**

        Dated: February 1, 2016

                                            Hon. Kristen L. Mix
                                            United States Magistrate Judge


4818-6286-9292.1